```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 14907
   STEPHANIE M JOHNSON
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-3688


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 11/14/2006 and was confirmed 01/08/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 07/02/2008.
------------------------------------------------------------------------------
 CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
 SAVANNAH AUTO SALES       SECURED VEHIC    4000.00          223.26       4000.00
 ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED            .00           .00
 AMERICASH LOANS LLC       UNSECURED        1125.01             .00           .00
 ASSET ACCEPTANCE LLC      UNSECURED         855.20             .00           .00
 CITY OF CHICAGO PARKING   UNSECURED        4657.90             .00           .00
 WOW INTERNET AND CABLE    UNSECURED       NOT FILED            .00           .00
 INSURA                    UNSECURED       NOT FILED            .00           .00
 COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00           .00
 RCN CHICAGO               UNSECURED       NOT FILED            .00           .00
 HOLLYWOOD VIDEO           UNSECURED       NOT FILED            .00           .00
 AT&T BROADBAND            UNSECURED       NOT FILED            .00           .00
 PATHOLOGY ASSOCIATES OF   UNSECURED       NOT FILED            .00           .00
 PATHOLOGY ASSOCIATES OF   UNSECURED       NOT FILED            .00           .00
 SPRINT-NEXTEL CORP        UNSECURED         496.31             .00           .00
 GREAT LAKES SPECIALITY    UNSECURED       NOT FILED            .00           .00
 PEOPLES GAS LIGHT & COKE  UNSECURED        1392.02             .00           .00
 IQ TELECOM                UNSECURED       NOT FILED            .00           .00
 MCI                       UNSECURED       NOT FILED            .00           .00
 COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00           .00
 NCO                       UNSECURED       NOT FILED            .00           .00
 ONE IRON VENTURES         UNSECURED       NOT FILED            .00           .00
 PARK DANSAN               UNSECURED       NOT FILED            .00           .00
 PEOPLES GAS LIGHT & COKE  NOTICE ONLY     NOT FILED            .00           .00
 TCF BANK                  UNSECURED       NOT FILED            .00           .00
 R & R COUNTRY MOTORS INC  SECURED NOT I    2810.88             .00           .00
 RECEIVABLE MANAGEMENT IN  UNSECURED         250.00             .00           .00
 AT&T                      UNSECURED       NOT FILED            .00           .00
 SPRINT PCS                NOTICE ONLY     NOT FILED            .00           .00
 PAY DAY LOAN STORE        UNSECURED       NOT FILED            .00           .00
 SECRETARY OF STATE        NOTICE ONLY     NOT FILED            .00           .00
 TRUE LOGIC FINANCIAL COR  UNSECURED       NOT FILED            .00           .00
 COMCAST CABLE COMMUNICAT  UNSECURED       NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 14907 STEPHANIE M JOHNSON
```

```
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      306.33              .00         306.33
NCO PORTFOLIO MANAGEMENT  UNSECURED          149.79              .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          298.30              .00            .00
CRESCENT RECOVERY LLC     UNSECURED        10656.57              .00            .00
HSBC TAXPAYER FIN SVCS I  UNSECURED       NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED              .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,000.00                          351.23
TOM VAUGHN                TRUSTEE                                            352.04
DEBTOR REFUND             REFUND                                              45.12
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 5,277.98

PRIORITY                                            306.33
SECURED                                           4,000.00
    INTEREST                                        223.26
UNSECURED                                              .00
ADMINISTRATIVE                                      351.23
TRUSTEE COMPENSATION                                352.04
DEBTOR REFUND                                        45.12
                        ---------------     ---------------
TOTALS                  5,277.98                  5,277.98

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 10/22/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```